Janice L. WRIGHT, Billy L. Wright, Jr., Tammy K. Stevens, Terri A. Wright, and Toni Inda Kneedler, Appellants/Cross–Respondents,

v.

CAMERON COMMUNITY HOSPITAL, Bela Csaki, P.C., Bela Csaki, M.D., and Earl R. Schmidt, D.O., Respondents/Cross–Appellants.

Nos. WD 57624, WD 57648 and WD 57660.

Missouri Court of Appeals, Western District.

Nov. 7, 2000.

Edward Dougherty, Kansas City, for appellant.

Lloyd Bandy, Jr., Thomas W. Wagstaff, Kansas City, for respondent.

Before PAUL M. SPINDEN, Chief Judge, VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Janice Wright, Billy L. Wright, Jr., Tammy K. Stevens, Terri A. Wright and Toni Inda Kneedler sued Cameron Community Hospital; Bela Csaki, a thoracic and cardiovascular surgeon; Csaki's corporation, Bela Csaki, P.C.; and Earl R. Schmidt, a general surgeon, for the wrongful death of Billy L. Wright, Sr. A jury returned a verdict in favor of the hospital and physicians, and the circuit court entered judgment on the jury's verdict. The Wright family appeals, and the hospital and physicians cross-appeal. We affirm. Rule 84.16(b).